UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICCI JOSEPH CAPIRCI,        ) | |
|         Plaintiff,        ) | 3:09-cv-00004-LRH-RAM |
| vs.        ) | |
|         ) | **ORDER** |
| CHRISTINE CARMAZZI, *et al.*,        ) | |
|         Defendants.        ) | |

This is a *pro se* prisoner civil rights complaint filed pursuant to 42 U.S.C. § 1983. On May 18, 2010, the Court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint in thirty days. (Docket #7). Plaintiff seeks an extension of time to file the amended complaint. (Docket #11). Good cause appearing, the Court grants plaintiff thirty additional days to file the amended complaint.

**IT IS THEREFORE ORDERED** that plaintiff's motion for an extension of time (Docket #11) is granted, to the extent that plaintiff **SHALL FILE** the amended complaint within **thirty (30) days** from the issuance of this order.

DATED: July 7, 2010.

_____
UNITED STATES MAGISTRATE JUDGE