1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9   RICCI JOSEPH CAPIRCI,                    )
                                             )
10                 Plaintiff,                )        3:09-cv-00004-LRH-RAM
                                             )
11  vs.                                      )
                                             )        **ORDER**
12  CHRISTINE CARMAZZI, *et al.*,            )
                                             )
13                 Defendants.               )
    _____/
14
15          This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 18,
16  2010, the Court dismissed the complaint with leave to amend, ordering plaintiff to file an amended
17  complaint in thirty days.  (Docket #7).  By order filed July 8, 2010, the Court granted plaintiff's
18  motion for an extension of time, and allowed plaintiff an additional thirty days to file an amended
19  complaint.  (Docket #12).  Plaintiff's amended complaint was due on August 8, 2010.
20          The order of July 8, 2010 was apparently delivered to plaintiff, as it was not returned
21  undelivered.  Plaintiff has not responded to the order.  More than the allotted time has elapsed and
22  plaintiff has not filed an amended complaint, and he has not responded in any manner to the Court's
23  orders.  Therefore, plaintiff's action shall be dismissed.
24  ///
25  ///
26  ///
27  ///
28  ///

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for the failure of plaintiff to comply with this Court's orders of May 18, 2010, and July 8, 2010.

Dated this 26th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE